728 N.W.2d 70 (2007)
Wapeka B. BARNETT, Personal Representative of the Estate of James Otha Barnett, III, Deceased, Plaintiff-Appellee,
v.
Cesar D. HIDALGO, M.D., Cesar D. Hidalgo, M.D., P.C., Defendants-Appellees, and
Renato Albaran, M.D., and Renato Albaran, M.D., P.C., Defendants-Appellants, and
Muskesh S. Shah, M.D., Oncology & Hematology of Oakland, P.C., Crittenton Hospital, and Crittenton Corporation, Defendants.
Docket No. 130071. COA No. 255318.
Supreme Court of Michigan.
March 9, 2007.
On order of the Court, the motion by defendants-appellants Renato Albaran, M.D., and Renato Albaran, M.D., P.C., for leave to file a supplemental brief is considered, and it is DENIED.